UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN PRESTON, )<br>Administrator, Small Business Administration, )<br>)<br>Defendant. )<br>) | Civil Action No. 03-1807 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the Small Business Administration's motion [4] to dismiss or, in the alternative, for summary judgment is DENIED; it is

FURTHER ORDERED that plaintiff's motion [21] for leave to commence discovery is DENIED as moot; and it is

FURTHER ORDERED that the parties shall submit a joint report in conformity with Local Civil Rule 16.3 on or before January 19, 2007 as to how they wish to proceed in this case and specifically whether referral at this point to a Magistrate Judge for settlement discussions or to a court-appointed mediator would be appropriate.  Counsel shall appear before the Court for a status conference on February 14, 2007 at 9:15 a.m.

SO ORDERED.

DATE: December 27, 2006

____/s/_____
PAUL L. FRIEDMAN
United States District Judge