UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD AMERICA,

    Plaintiff,

    v.

KAREN G. MILLS,
  Administrator, Small Business Administration,

    Defendant.[1]

Civil Action No. 03-1807 (PLF)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [53] is DENIED; it is

FURTHER ORDERED that on or before October 2, 2009, the parties file a joint status report about how they wish to proceed in this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 17, 2009

---

[1]     Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Administrator Karen G. Mills has been substituted for former Administrator Steven Preston. Fed. R. Civ. P. 25(d).